Date of Arrest: **09/22**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Arturo VELASQUEZ-Padilla <br> AKA: None Known <br> 087756870 <br> YOB: 1988 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. 17-1750 MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 18, 2017 Defendant Arturo VELASQUEZ-Padilla, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Luis, Arizona, on or about January 20, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Luis Uhl
for CJA USBP

Sworn to before me and subscribed in my presence,

Signature of Complainant
Douglas Choi
Border Patrol Agent

September 25, 2017    at    Yuma, Arizona
Date                         City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

          Vs.

Arturo VELASQUEZ-Padilla
AKA: None Known
087756870

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 18, 2017, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States. The Defendant was turned over to the San Luis Police Dept. to pursue charges of assault of a Federal Agent. A detainer was honored by San Luis Police Dept. and the Defendant was returned to the Border Patrol on September 22, 2017.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Yuma, Arizona on or about November 22, 2009. The Defendant was most recently removed on or about January 20, 2016, through the port of San Luis, Arizona, subsequent to a conviction in an United States District Court, District of Arizona on or about October 15, 2015, for the crime of Illegal Entry, a felony.

Agents determined that on or about July 18, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____September 25, 2017_____
Date

_____
Signature of Judicial Officer

- 2 -

## *Probable Cause Statement*

I, Border Patrol Agent Douglas Choi, declare under penalty of perjury, the following is true and correct:

Defendant: Arturo VELASQUEZ-Padilla

Dependents: 1 DAUGHTER

IMMIGRATION HISTORY: The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on six (6) previous occasions. The Defendant has been removed a total of three (3) times.

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 11/23/2009 | Yuma, Arizona | 8 USC 1325 | 15 Days Jail |
| 10/19/2012 | Yuma, Arizona | 8 USC 1325 | 75 Days Jail |
| 10/15/2015 | Yuma, Arizona | 8 USC 1325 | 120 Days Jail |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 18, 2017, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Yuma, Arizona on or about November 22, 2009. The Defendant was most recently removed on or about January 20, 2016, through the port of San Luis, Arizona, subsequent to a conviction in an United States District Court, District of Arizona on or about October 15, 2015, for the crime of 8 U.S.C. 1325, a misdemeanor.

Agents determined that on or about July 18, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

*Executed on:* September 23, 2017    *Time:* 06:41 AM MST

Signed: Douglas Choi, Border Patrol Agent